United States District Court
Northern District of California

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ARTISON MANALASTAS,

    Defendant.

Case No.: CR 13-70020 (KAW)

DETENTION ORDER

## I.  DETENTION ORDER

Defendant Artison Manalastas is charged in a criminal complaint with a violation of 18 U.S.C. § 922(g) (felon in possession of a firearm).  At the March 18, 2013 hearing before this Court, Defendant was in custody and represented by Assistant Federal Defender Edward Smock. Assistant United States Attorney Natalie Lee appeared on behalf of the United States.  According to Pretrial Services, Defendant's state parole officer, Philip Smith, intends to file a parole hold.

Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change.

## II.  CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

1  sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable
2  opportunity for private consultation with counsel.  On order of a court of the United States or on
3  request of an attorney for the Government, the person in charge of the corrections facility in
4  which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of
5  an appearance in connection with a court proceeding.
6      IT IS SO ORDERED.
7  Dated: March 18, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge